IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:07 CR 230 ERW |
| MICHAEL DRIVER | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Defendant Michael Driver, by and through counsel, Diane L. Dragan, Assistant Federal Public Defender, and requests leave to file his Motion to Continue under seal.

Respectfully submitted,

/s/Diane L. Dragan
DIANE L. DRAGAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Diane_Dragan@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the office of the United States Attorney.

                                              /s/ Diane L. Dragan
                                              DIANE L. DRAGAN
                                              Assistant Federal Public Defender